UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANZHELIKA KOZLOVA,
A 209-867-616,

          Petitioner,

    v.

WARDEN OF THE CALIFORNIA CITY
DETENTION CENTER, et al.,

          Respondents.

No.  1:26-cv-0499 DJC AC

ORDER

Petitioner, an immigration detainee prisoner proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 22, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 22.  Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 1) are adopted in full.

2. Respondents shall IMMEDIATELY RELEASE petitioner Anzhelika Kozlova (A 209-867-616) from custody; RETURN all of petitioner's documents and possessions upon his release from custody.

3. Respondents are ENJOINED and RESTRAINED from re-arresting or re-detaining petitioner absent compliance with constitutional protections.

4. Respondents are ENJOINED and RESTRAINED from removing petitioner to a third country unless they adhere to the following procedures:

   a. Provide petitioner and his counsel a meaningful opportunity and a minimum of ten days to raise a fear-based claim for protection prior to removal;

   b. If petitioner demonstrates reasonable fear of removal to the third country, respondents must move to reopen petitioner's removal proceedings; and

   c. If petitioner is not found to have demonstrated a reasonable fear of removal to the third country, respondents must provide a meaningful opportunity and a minimum of fifteen days for petitioner to seek reopening of his immigration proceedings.

5. The Clerk of the Court is directed to serve California City Immigration Processing Center with a copy of this Order, enter judgment for petitioner, and close this case.

IT IS SO ORDERED.

Dated:  **June 30, 2026**

_Daniel J. Calabretta_
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2